DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Rayco Manufacturing, Inc., ) | |
| ) | CASE NO. 5:08 CV 74 |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>JUDGMENT ENTRY</u> |
| ) | |
| Deutz Corporation, et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons contained in the Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the motion of defendants' Deutz Corporation and Deutz AG to dismiss plaintiff Rayco's remaining claims is GRANTED.

This case is closed, each party to bear their own costs and attorney fees.

IT IS SO ORDERED.

| | |
|---|---|
|  May 31, 2011 |  /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | United States District Judge |